## STAMPUR & ROTH

ATTORNEYS AT LAW

WILLIAM J. STAMPUR

JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240

FAX (212) 619-6743

**By ECF**

United States District Court
Southern District of New York
United States District Judge
Honorable Cathy Siebel
300 Quarropas Street
White Plains, N.Y 10601

Mr. Williams may travel as requested, as long as he give his Pretrial Services Officer the particulars in advance.

SO ORDERED.

*Cathy Seibel*   11/14/23
CATHY SEIBEL, U.S.D.J.

November 14, 2023

Re: United States of America vs. Leroy Williams, 7:12Cr. 00873 (CS)

Dear Judge Siebel:

   I write with the consent of U.S.P.O. Pierre Reyes and AUSA Jared Hoffman to request that Mr. Williams be permitted to travel and attend Thanksgiving with his family members between the hours of 11:00 AM and 8:00 PM on November 23, 2023. Mr. Williams is scheduled to surrender to the United States Marshalls on November 30, 2023.

Very truly yours

*James Roth*
James Roth

cc. AUSA Jared Hoffman