# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

December 6, 2023

BY ECF

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
New York, NY 10601

*Mr. Roth is appointed to represent Mr. Williams, nunc pro tunc to 4/28/23. This order supersedes the earlier order of representation entered in this matter on 10/18/23, (see ECF No. 32).*

12/06/2023    SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Re: United States of America vs. Leroy Williams, 12-Cr-873 (CS)

Dear Judge Seibel:

I write to request that you order my appointment pursuant to the Criminal Justice Act *nunc pro tunc* to April 28, 2023 when I was first assigned to this matter. Inadvertently, due to my error the current Order indicates August 28, 2023.

Mr. Williams surrendered as scheduled to MDC- Brooklyn.

Very truly yours,

s/

James Roth